UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUN CHUM, and<br>BRENDA CHUM,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>U.S. BANK, N.A. AS TRUSTEE FOR<br>CP-SRMOF II 2012-A TRUST<br><br>　　　　　　Defendant. | Civil Action No: 14-cv-14683-GAO |

**MOTION TO DISMISS**
[Fed. R. Civ. P. 12(b)(6) and 12(b)(5)]

Defendant, U.S. BANK, N.A. AS TRUSTEE FOR CP-SRMOF II 2012-A TRUST ("Defendant"), hereby move to dismiss the instant action in its entirety pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(5) on the grounds set forth in their memorandum of law filed concurrently herewith.

**REQUEST FOR HEARING**

Defendant respectfully requests a hearing on all matters set forth herein.

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　U.S. BANK, N.A. AS TRUSTEE FOR CP-
　　　　　　　　　　　　　　　　　　SRMOF II 2012-A TRUST,
　　　　　　　　　　　　　　　　　　Defendant,
　　　　　　　　　　　　　　　　　　By their Attorney,

Dated: April 10, 2015　　　　　　　　*/s/ Peter V. Guaetta, Esq.*
　　　　　　　　　　　　　　　　　　Peter V. Guaetta, Esq.
　　　　　　　　　　　　　　　　　　BBO # 554786
　　　　　　　　　　　　　　　　　　Guaetta & Benson, LLC
　　　　　　　　　　　　　　　　　　PO Box 519
　　　　　　　　　　　　　　　　　　Chelmsford, MA 01824
　　　　　　　　　　　　　　　　　　978-513-7111
　　　　　　　　　　　　　　　　　　Peter_Guaetta@guaettalaw.com

VERIFICATION PURSUANT TO LOCAL RULE 7.1

I, Peter V. Guaetta, counsel for U.S. BANK, N.A. AS TRUSTEE FOR CP-SRMOF II 2012-A TRUST attempted to confer with the Pro Se Plaintiffs by telephone on April 7, 2015 by leaving a voice mail message on the telephone number they indicated in their cover letter to me (to which no reply telephone call has been received) in a good faith effort to resolve or narrow the issues presented in this motion.

                                            */s/ Peter V. Guaetta, Esq.*
                                            Peter V. Guaetta

CERTIFICATE OF SERVICE

I hereby certify that on this date, April 10, 2015, a true and accurate copy of the above document was sent via first class U.S. Mail to the address listed below, and will be sent electronically to the registered participants as identified on the NEF (NEF).

                                            */s/ Peter V. Guaetta, Esq.*
                                            Peter V. Guaetta, Esq.

Brenda Chum
77 South Loring Street
Lowell, MA 01851

Loun Chum
77 South Loring Street
Lowell, MA 01851